No. 71–6169.  HAWKINS v. VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 71–6281.  BEISHIR ET AL. v. SWENSON, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 71–6284.  ANDREWS v. NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 71–6394.  TALBOTT v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–6454.  REVEL ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6465.  DeLUZIO v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 71–6474.  ERWING v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6494.  ALKES v. UNITED STATES BOARD OF PAROLE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 71–6526.  UPSHER v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 71–6530.  LOVISI v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 71–6531.  SIRES v. PINNOCK.  Sup. Ct. Wash.  Certiorari denied.

No. 71–6533.  PLOTT v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 71–6542.  LEMON v. YEAGER, PRINCIPAL KEEPER.  C. A. 3d Cir.  Certiorari denied.